# COVINGTON

BEIJING  BRUSSELS  DUBAI  FRANKFURT  JOHANNESBURG
LONDON  LOS ANGELES  NEW YORK  PALO ALTO
SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1046
adevlin-brown@cov.com

By ECF

January 25, 2022

Hon. Lewis J. Liman
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**REQUEST GRANTED.**
The Court approves the modification to bail as requested.

1/25/2022  SO ORDERED.
LEWIS J. LIMAN
United States District Judge

Re:   *United States v. Harris*, 20 Cr. 293 (LJL)

Dear Judge Liman:

I write on behalf of our client, Donte Harris, to respectfully request a modification to Mr. Harris's conditions of release, with no objection from the Government or Pretrial Services.

As the Court is aware, Mr. Harris is on bail and is currently subject to home confinement. His supervising Pretrial Services Officer, John Moscato, has advised that Mr. Harris's record of compliance has been "excellent" and that Mr. Harris has been referred to the Focus Forward program for its educational and training opportunities and is seeking employment. I make two requests on behalf of Mr. Harris.

First, Mr. Harris seeks the Court's permission to attend a baby shower for his sister, Charea Livingston, for two hours on Saturday, January 29 from 5:00 PM - 7:00 PM in the Bronx. Ms. Livingston is a co-signer on Mr. Harris's bond and will be with Mr. Harris for the majority of the event. Pretrial Services has no objection to Mr. Harris attending the celebration (nor does the Government), but advises that the current bail conditions require explicit Court approval to attend.

Second, given Mr. Harris's excellent track record with Pretrial Services, we respectfully request that the Court modify his present bail status from strict home confinement to curfew with location monitoring. This adjustment will provide Mr. Harris with more flexibility to seek educational and employment opportunities and obviate the need for Court approval to attend particular events, such as the one above. Pretrial Services supports this modification and the Government has advised that it has no objection.

Respectfully submitted,

*s/ Arlo Devlin-Brown*
Arlo Devlin-Brown