**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1046
adevlin-brown@cov.com

**Via Electronic Case Filing System**                                August 31, 2022

Hon. Lewis J. Liman
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *United States v. Harris*, 20 Cr. 293 (LJL)

Dear Judge Liman:

I write as counsel for defendant Donte Harris to request an adjournment of the sentencing hearing for Mr. Harris that is presently scheduled for September 15, 2022.  Mr. Harris seeks this adjournment because the defense is still awaiting certain materials for Mr. Harris's sentencing submission, which is otherwise due September 1, 2022.

A sentencing hearing date the week of October 17, 2022 should provide the defense with sufficient time to complete this process and to make its submission two weeks prior to sentencing, on October 3rd.

I have consulted with the government about this request, and they do not object to an adjournment to the week of October 17th.  The parties are available at any date and time convenient for the court that week except the morning of October 19th.

Respectfully submitted,

 */s/ Arlo Devlin-Brown*
Arlo Devlin-Brown