**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1000

**Via ECF**                                                                                          January 4, 2023

Hon. Lewis J. Liman                          REQUEST GRANTED.
United States District Judge
United States Courthouse                     1/4/2023   SO ORDERED.
500 Pearl Street
New York, New York 10007                                /s/ Lewis J. Liman
                                                        LEWIS J. LIMAN
                                                        United States District Judge

   Re:  *United States v. Harris*, 20 Cr. 293 (LJL)

Dear Judge Liman:

   I write on behalf of my client Donte Harris.  Mr. Harris is currently scheduled to surrender at FCI Schuylkill in Minersville, PA on Monday, January 9, 2023 by 2:00 PM.  Prior to his surrender, Pretrial Services has requested that Mr. Harris return his ankle monitor bracelet.  Upon the recommendation of Pretrial Services, I am writing to request that Mr. Harris be permitted to return his ankle monitor bracelet on Friday, January 6, 2023.  This will avoid any delay that could be caused by Mr. Harris returning his ankle monitor bracelet on January 9, prior to traveling to Pennsylvania to surrender.

   I have consulted with AUSA Thomas Burnett, who does not object to this request.  I thank the Court for its consideration.

                                                        Respectfully submitted,

                                                         _s/ Arlo Devlin-Brown_

                                                        Arlo Devlin-Brown